**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Windsor Care Center National City, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Windsor Garden Convalescent Center of San Diego** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 33-0529939 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7447 Sepulveda Blvd.**<br>**Van Nuys, CA 91405**<br>Number, Street, City, State & ZIP Code | **220 E. 24th Street**<br>**National City, CA 91950**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br>**220 E. 24th Street National City, CA 91950**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Windsor Care Center National City, Inc.**                                   Case number *(if known)* _____
          Name

---

**7.  Describe debtor's business**    A. *Check one:*

▪ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **6231**

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

▪ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

▪ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Windsor Care Center National City, Inc.**                                    Case number (*if known*) _____
        <sub>Name</sub>

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No |
|---|---|---|
| | | ☑ Yes. |

| List all cases. If more than 1, attach a separate list | Debtor | **See Attachment** | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

☐  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

           Contact name _____

           Phone _____

---

**▨ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

| 15. Estimated Assets | ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Windsor Care Center National City, Inc.**
_____
        Name

Case number (*if known*) _____

**16.   Estimated liabilities**

☐ $0 - $50,000           ■ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Pending Bankruptcy Cases of Affiliates | Case Number | Date Filed | Location |
|---|---|---|---|
| S&F Home Health Opco I, LLC | To be assigned | Filed Concurrently | Central District of California |
| S&F Hospice Opco I, LLC | To be assigned | Filed Concurrently | Central District of California |
| S&F Market Street Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cheviot Hills, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Country Drive Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Court Assisted Living, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Cypress Gardens Healthcare, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor El Camino Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elk Grove and Rehabilitation, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Elmhaven Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Gardens Convalescent Hospital, Inc. | To be assigned | Filed Concurrently | Central District of California |
| Windsor Hampton Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Monterey Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Rosewood Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Skyline Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Terrace Healthcare, LLC **(LEAD CASE)** | To be assigned | Filed Concurrently | Central District of California |
| Windsor The Ridge Rehabilitation Center, LLC | To be assigned | Filed Concurrently | Central District of California |
| Windsor Vallejo Care Center, LLC | To be assigned | Filed Concurrently | Central District of California |

| Debtor | **Windsor Care Center National City, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**▓ Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 23, 2023**
MM / DD / YYYY

X   *A Tress*                                             **Avrohom Tress**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

---

**18. Signature of attorney**

X   [signature]                                           Date   **August 23, 2023**
Signature of attorney for debtor                                 MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**   Email address   **rb@lnbyg.com**

**143364 CA**
Bar number and State

**WINDSOR CARE CENTER NATIONAL CITY, INC.**
**MEMBER RESOLUTIONS RELATING TO CHAPTER 11 BANKRUPTCY CASE**

August 22, 2023

The following Resolutions were duly enacted by a unanimous vote of the Members (the "Members") of Windsor Care Center National City, Inc. (the "Company"), and the same shall remain in full force and effect, without modification, unless and until the Members adopt a further resolution to the contrary:

RESOLVED, that the Company shall file a voluntary petition under chapter 11 of the Bankruptcy Code on August 23, 2023 or such other date determined by Avrohom Tress ("AT") to be in the best interests of the Company, its creditors and other parties in interest, after consultation with the Company's counsel. AT is authorized to sign the voluntary bankruptcy petition and all related documents for the Company as the authorized representative of the Company, and AT is authorized to designate any other officer, professional or designated representative to sign any other documents on behalf of the Company.

FURTHER RESOLVED, that the Company's retention of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") to serve as the Company's bankruptcy counsel is approved upon terms that are mutually acceptable to the Company and LNBYG. AT, in his capacity as the authorized representative of the Company, is hereby authorized to negotiate the terms of the Company's employment of LNBYG and to execute the Company's retention agreement and/or bankruptcy employment application with LNBYG or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

FURTHER RESOLVED, that, in his capacity as the authorized representative of the Company, AT is hereby authorized to cause the Company to employ any other professionals to represent or assist the Company in connection with the Company's chapter 11 bankruptcy case that AT deems to be in the best interests of the Company and to execute such other retention agreements and/or bankruptcy employment applications or to designate any other officer, professional or designated representative to sign any such documents on behalf of the Company.

FURTHER RESOLVED, that following the filing of the Company's chapter 11 bankruptcy case, AT, in his capacity as the authorized

representative of the Company, is hereby authorized on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action that AT deems necessary and proper in connection with the Company's bankruptcy case without the need for any further approval of the Members unless the Members subsequently decide to the contrary.  Such actions that AT has the authority to cause the Company to take without any further approval of the Members (unless the Members subsequently decide to the contrary) shall include, but not be limited to, all of the following: employing and compensating professionals; seeking Bankruptcy Court approval for the Company to use cash collateral and/or obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing product or materials; selling product; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; selling or liquidating some or substantially all of the Company's assets; causing the Company to propose a plan of reorganization or liquidation and related disclosure statement and to seek to confirm a plan of reorganization or liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court.  AT is also authorized to designate any other officer, professional or designated representative to sign any documents related to any of the foregoing on behalf of the Company.

FURTHER RESOLVED, that all prior acts and deeds of AT or the other officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

IN WITNESS WHEREOF, the above resolutions have been authorized, adopted, ratified and approved.

MANAGER:

_____
**AVROHOM TRESS**

| Fill in this information to identify the case: |
|---|
| Debtor name   **Windsor Care Center National City, Inc.** |
| United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☑    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2023**        X        *A. Tress*
                                                Signature of individual signing on behalf of debtor

                                                **Avrohom Tress**
                                                Printed name

                                                **Manager**
                                                Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Windsor Care Center National City, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SELECT REHABILITATION PO BOX 71985 Chicago, IL 60694-1985 | | | | | | $947,150.82 |
| DEPARTMENT OF HEALTH CARE SERVICES MS 1101 PO BOX 997415 Sacramento, CA 95899-7415 | | | | | | $597,524.64 |
| HEALTHCARE SERVICES GROUP INC 3220 TILLMAN DR SUITE 300 Bensalem, PA 19020 | | | | | | $583,791.50 |
| ASHLEY CLINICAL DIAGNISTIC LABORATORY IN 5542 N FIGUEROA ST Los Angeles, CA 90042 | | | | | | $293,740.00 |
| SKILLED NURSING PHARMACY 16666 E. JOHNSON DRIVE SUITE "C" Hacienda Heights, CA 91745 | | | | | | $243,775.45 |
| MCKESSON MEDICAL SURGICAL P.O. 690693 Cincinnati, OH 45263-0693 | | | | | | $136,336.73 |

Debtor    **Windsor Care Center National City, Inc.**                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Luz Ramirez 325 North St. Paul Street Dallas, TX 75201 | | | | | | $100,000.00 |
| TWOMAGNETS PO BOX 103125 Pasadena, CA 91189-3125 | | | | | | $81,373.45 |
| Guadalupe Flores 2333 State St Carlsbad, CA 92008 | | | | | | $70,012.50 |
| STIPP LAW FIRM APC 2333 STATE STREET STE 205 Carlsbad, CA 92008 | | | | | | $67,500.00 |
| DAIRY KING 5528 BANDINI BLVD Bell Gardens, CA 90201 | | | | | | $56,469.78 |
| SYSCO FOOD SERVICES PO BOX 138007 Sacramento, CA 95813-8007 | | | | | | $46,686.71 |
| ALL AMERICAN HEALTHCARE SERVICES INC PO BOX 825968 Philadelphia, PA 19182-5968 | | | | | | $42,037.66 |
| DIAGNOSTIC LABORATORIES & RADIOLOGY - AZ PO BOX 676210 ATTN: CASH APPS Dallas, TX 75267-6210 | | | | | | $30,970.38 |
| JMR HEALTHCARE DESIGN CONSULTANTS 13531 POPPY PLACE Chino, CA 91710 | | | | | | $25,341.63 |
| INTERACTIVE MEDICAL SYSTEMS PO BOX 843789 Los Angeles, CA 90084-3789 | | | | | | $18,077.93 |

Debtor  **Windsor Care Center National City, Inc.**                                    Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DIRECT SUPPLY EQUIPMENT P.O. BOX 88201 Milwaukee, WI 53288 | | | | | | $15,973.24 |
| SAN DIEGO GAS & ELECTRIC P.O. BOX 25111 Santa Ana, CA 92705 | | | | | | $15,923.21 |
| DIETITIAN CONNECTION 16943 OLD ESPOLA RD Poway, CA 92064 | | | | | | $12,577.50 |
| CORE ANALYTICS LABORATORY INC 14735 CALIFA ST Van Nuys, CA 91411 | | | | | | $11,860.80 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Ron Bender 143364**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234 Fax: (310) 229-1244**<br>California State Bar Number: **143364 CA**<br>**rb@lnbyg.com** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

| In re:<br><br>    **Windsor Care Center National City, Inc.** | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __27__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 23, 2023** _____     *A Tress* _____
                                                    Signature of Debtor 1

Date: _____                      _____
                                                    Signature of Debtor 2 (joint debtor ) ) (if applicable)

Date: **August 23, 2023** _____     _____
                                                    Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                     **F 1007-1.MAILING.LIST.VERIFICATION**

Windsor Care Center National City, Inc.
220 E. 24th Street
National City, CA 91950


Ron Bender
Levene, Neale, Bender, Yoo & Golubchik L.L.P
2818 La Cienega Avenue
Los Angeles, CA 90034


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


21TH CENTURY WEB
GALA 15
LINK ROAD SADAR
MAHARASHTRA, INDIA


A T & T
P.O. BOX 5014
CAROL STREAM, IL 60197-5014


A.O. REED & CO
4777 RUFFNER STREET
SAN DIEGO, CA 92186-5226


ACME LINEN CO INC
5136 E TRIGGS ST
COMMERCE, CA 90022


ACME LINEN CO INC
5136 E TRIGGS ST
Los Angeles, CA 90022

AIR EXHAUST CO INC
P.O. BOX 1166
LEMON GROVE, CA 91946

ALAMEDA COUNTY ENVIRONMENTAL HEALTH
P.O. BOX N
ALMEDA, CA 94501-0108

ALL AMERICAN HEALTHCARE SERVICES INC
PO BOX 825968
PHILADELPHIA, PA 19182-5968

AMERICAN CHEMICAL & SANITARY
P.O. BOX 6436
ANAHEIM, CA 92816

ASHLEY CLINICAL DIAGNSTIC LABORATORY IN
5542 N FIGUEROA ST
LOS ANGELES, CA 90042

AXIOM HEALTHCARE GROUP
2351 SUNSET BLVD STE 170-897
ROCKLIN, CA 95765

BAY CITY ELECTRIC WORKS INC
13625 DANIELSON ST
POWAY, CA 92064

BILL HOWE PLUMBING INC
9085 AERO DR.
SUITE B
SAN DIEGO, CA 92123

BLUE SHIELD OF CA
PO BOX 241012
LODI, CA 95241


BRIGGS HEALTHCARE CORP
7887 UNIVERSITY BLVD
CLIVE, IA 50325


BUI TERI
7785 CEDAR LAKE AVE
SAN DIEGO, CA 92119


BUTLER CHEMICAL
3070 CEENA CT.
ANAHEIM, CA 92806


CA Dept of Health Care Services
Attn: Kenneth K Wang DOJ
300 S Spring St No 1702
Los Angeles, CA 90013


CAHF
2201 K ST.
SACRAMENTO, CA 95816


CALIFORNIA DEPART OF PUBLIC HEALTH
P.O. BOX 997434
MS 3202
SACRAMENTO, CA 95899-7434


CALIFORNIA DEPART OF PUBLIC HEALTH
CENTER FOR HEALTH CARE QUALITY
FISCAL MANAGEMENT BRANCH, MS3202
SACRAMENTO, CA 95899-7434

California Department of Insurance
Attorney General
302 S Spring St No 1704
Los Angeles, CA 90013


California Dept of Justice/Atty General
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, Ste 200
Sacramento, CA 95833


California Dept of Public Health
Office of the Attorney General
301 S Spring St No 1702
Los Angeles, CA 90013


CAREFEED INC.
430 READING RD
CINCINNATI, OH 45202


CDW DIRECT
P.O. BOX 75723
CHICAGO, IL 60673-5723


CENTERS FOR MEDICARE AND MEDICAID SERVIC
DIVISION OF ACCOUNTING OPERATIONS
MAIL STOP C3-11-03
BALTIMORE, MD 21207


CERTIPHI SCREENING INC
PO BOX 1675
SOUTHAMPTON, PA 18966


CITY OF LOS ANGELES BUREAU OF SANITATION
INDUSTRIAL WASTE MGT DIVISION
2714 MEDIA CENTER DRIVE
LOS ANGELES, CA 90065

COMMERCIAL GAS APPLIANCES SERVICE INC
3620 FAIRMOUNT AVE
SAN DIEGO, CA 92150


CORE ANALYTICS LABORATORY INC
14735 CALIFA ST
VAN NUYS, CA 91411


CORE ANALYTICS RADIOLOGY INC
14735 CALIFA ST
Van Nuys, CA 91411


CORODATA RECORDS MANAGEMENT INC
P O BOX 842638
LOS ANGELES, CA 90084-2638


CORODATA SHREDDING INC
P.O. BOX 846137
LOS ANGELES, CA 90084


DAIRY KING
5528 BANDINI BLVD
BELL, CA 90201


DAIRY KING
5528 BANDINI BLVD
Bell Gardens, CA 90201


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
PO BOX 5509
BINGHAMTON, NY 13902

Department of Health and Human Services
Federal Building
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012


DEPARTMENT OF HEALTH CARE
ACCESS AND INFORMATION
2020 WEST EL CAMINO AVE
SUITE 1000
SACRAMENTO, CA 95833


DEPARTMENT OF HEALTH CARE SERVICES
MS 1101 PO BOX 997415
SACRAMENTO, CA 95899-7415


DESERET LANDSCAPE
POST OFFICE BOX 34
SAN JUAN CAP, CA 92693


DESERET LANDSCAPE
POST OFFICE BOX 34
San Juan Capistrano, CA 92693


DIAGNOSTIC LABORATORIES & RADIOLOGY - AZ
PO BOX 676210
ATTN: CASH APPS
DALLAS, TX 75267-6210


DIETITIAN CONNECTION
16943 OLD ESPOLA RD
POWAY, CA 92064


DIRECT SUPPLY EQUIPMENT
P.O. BOX 88201
MILWAUKEE, WI 53288

DIXIELINE LUMBER CO
P. O. BOX 83399
SAN DIEGO, CA 92138


DJK COUNSEL LTD
1925 CENTURY PARK EAST ST 810
LOS ANGELES, CA 90067


EDCO DISPOSAL CORP DBA A D P
6670 FEDERAL BLVD
LEMON GROVE, CA 91945


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


ENTECH MEDICAL CORPORATION
1910 D STREET
LA VERNE, CA 91750


FIREHAWK
P.O. BOX 460357
ESCONDIDO, CA 92046


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257

Giovanniello Law Group
One Pointe Drive Suite 300,
Brea, CA 92821


GIOVANNIELLO LAW GROUP
ONE POINTE DRIVE
SUITE 300
BREA, CA 92821


GLS US
P.O. BOX 31990
STOCKTON, CA 95213


GRAINGER-DEPT 886308907
DEPT 886308907
PALATINE, IL 60038


Guadalupe Flores
Stipp Law Firm, APC - Jake Stipp
1111 6th Ave, Suite 300
San Diego, CA 92101


Guadalupe Flores
2333 State St
Carlsbad, CA 92008


H D SUPPLY FACILITIES MAINT
PO BOX 509058
SAN DIEGO, CA 92150-9058


HARRIS STATIONERS INC
8441 Canoga Avenue
Canoga Park, CA 91304

HEALTHCARE SERVICES GROUP INC
3220 TILLMAN DR
SUITE 300
BENSALEM, PA 19020


HERIBERTO POSADAS
422 SIENNA ST
SAN DIEGO, CA


HOMECARE TECHNICAL SERVICES INC.
125 BUSINESS CENTER DRIVE
SUITE D
CORONA, CA 92880


HPSI MENU SERVICES
1 ADA
SUITE 150
IRVINE, CA 92618-5338


HQ KISSO AIR CONDITIONING
12049 ROYAL RD
EL CAJON, CA 92021


IDENTITY LINKS
6211 W HOWARD ST
NILES, IL 60714


IMAGINE REPORTING
1350 COLUMBIA ST STE 703
SAN DIEGO, CA 92101


INTERACTIVE MEDICAL SYSTEMS
PO BOX 843789
LOS ANGELES, CA 90084-3789

Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


IPFS CORPORATION OF CALIFORNIA
1055 BROADWAY, 11TH FLOOR
KANSAS CITY, MO 64105


JAMES GOLLNER SERVICES INC
302 N EL CAMINO REAL SUITE 206
SAN CLEMENTE, CA 92672


JB SERVICE AND INSTALLS LLC
29818 PEACOCK MOUNTAIN DR
MENIFEE, CA 92584


JMR HEALTHCARE DESIGN CONSULTANTS
13531 POPPY PLACE
CHINO, CA 91710


JO DAN
1850 E. 17TH ST.
SUITE 111
SANTA ANA, CA 92705


JOEL JACOBO
220 EAST 24TH ST
SAN DIEGO, CA


JOERNS LLC
PO BOX 936446
ATLANTA, GA 31193-6446

LOS ANGELES COUNTY TAX COLLECT
225 NORTH  HILL STREET
ROOM 122
LOS ANGELES, CA 90012


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018


Luz Ramirez
325 North St. Paul Street
Dallas, TX 75201


Luz Ramirez / Maria Vega
Smith Clinesmith LLP - Dawn Smith
633 West Fifth St.
Los Angeles, CA 90017


MARA BERNAL
1366 TWINNING AVE
SAN DIEGO, CA


Maria Ramirez Silva  resident
Chivinski Law Firm, APC
1245 Island Avenue
San Diego, CA 92101


MCKESSON MEDICAL SURGICAL
P.O. 690693
CINCINNATI, OH 45263-0693

MONTEREY COUNTY ENVIRONMENTAL
HEALTH BUREAU
1270 Natividad Road
SALINAS, CA 93906


MONTEREY COUNTY TAX COLLECTOR
P O BOX 891
SALINAS, CA 93902-0891


MORFYNN MEDICAL
2733 S. GAFFEY S. STE 7
SAN PEDRO, CA 90731


NARCISO ONEIL JR
4022 BEAVER LN, APT 900H
PORT CHARLOTTE, FL


NATIONAL CITY CHAMBER OF COMMERCE
901 NATIONAL CITY BLVD.
NATIONAL CITY, CA 91950


NEWCASTLE CONSTRUCTION INC.
2400 E. KATELLA AVE.
SUITE 800
ANAHEIM, CA 92806


NEXGEN AIR CONDITIONING - HEATING AND PL
700 N VALLEY ST
SUITE J
ANAHEIM, CA 92801


NEXTCOM CORPORATION
5757 W CENTURY BLVD
SUITE 675
LOS ANGELES, CA 90045

OCCUPATIONAL HEALTH CENTERS
P.O. BOX 3700
RANCHO CUCAMONGA, CA 91729


ONTARIO REFRIGERATION INC
635 S. MOUNTAIN AVENUE
ONTARIO, CA 91762


ORDONEZ MD, A PROFESSIONAL CORPORATION
PO BOX 720951
SAN DIEGO, CA


POINTCLICKCARE TECHNOLOGIES INC.
PO BOX 674802
DETROIT, MI 48267-4802


PORTER ONE DESIGN
37680 HILLS TECH DR
FARMINGTON HILLS, MI 48331


PORTER ONE DESIGN
37680 HILLS TECH DR
Farmington, MI 48331


POSITIVE PROMOTION INC
P.O. BOX 11537
NEWARK, NJ 07101-4537


POSSIBILITIES MEDICAL TRANSPORTATION
1015 EL CAJON BLVD
UNIT A
SAN DIEGO, CA 92020

POSSIBILITIES MEDICAL TRANSPORTATION
1015 EL CAJON BLVD
UNIT A
El Cajon, CA 92020


PRIME CARE TECHNOLOGIES INC
6650 SUGARLOAF PARKWAY
SUITE 400
DULUTH, GA 30097


PROBUILD COMPANY LLC
P.O. BOX 843909
LOS ANGELES, CA 90084-3909


PROCARE HEALTH PROFESSIONALS
15617 S CHEVY CHASE DR
SAN DIEGO, CA 92127


PURCEL LABS LLC
124 S MAPLE DR, SUITE B
BEVERLY HILLS, CA 90212


QUENCH USA INC
PO BOX 735777
DALLAS, TX 75373-5777


RAMAT MEDICAL
5812 W. PICO BLVD.
#A
LOS ANGELES, CA 90019


Raquel Mendoza
Chivinski Law Firm
1245 Island Avenue
San Diego, CA 92101

REAL TIME MEDICAL
PO BOX 645852
PITTSBURGH, PA 15264


RJ10 CONSULTING LLC
21601 VANOWEN ST
SUITE 109
Canoga Park, CA 91303


SAN DIEGO AMBULANCE SERVICES
7955 SILVERTON AVE ST 1210
SAN DIEGO, CA 92126


SAN DIEGO GAS & ELECTRIC
P.O. BOX 25111
Santa Ana, CA 92705


SAN DIEGO SCALE INC
4510 FEDERAL BLVD
SAN DIEGO, CA 92102


SAN JOAQUIN COUNTY
ENVIRONMENTAL HEALTH DEPARTMENT
1868 E HAZELTON
STOCKTON, CA 95205


Secretary of the U.S. Dept of Health and
Human Services on behalf of the Centers
for Medicare and Medicaid Services
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012


SELECT CARPETS INC
240 WOODLAWN AVE #17
CHULA VISTA, CA 91910

SELECT REHABILITATION
PO BOX 71985
CHICAGO, IL 60694-1985


SHERWIN WILLIAMS COMPANY
3304 E HAMMER LN
STOCKTON, CA


SKILLED NURSING PHARMACY
16666 E. JOHNSON DRIVE
SUITE C
CITY OF INDUSTRY, CA 91745


SKILLED NURSING PHARMACY
16666 E. JOHNSON DRIVE
SUITE C
Hacienda Heights, CA 91745


STAPLES ADVANTAGE
PO BOX 660409
DALLAS, TX 75266


State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


State of California
Medi-Cal Fraud & Elder Abuse
2329 Gateway Oaks Dr, 2nd Fl
Sacramento, CA 95833


STIPP LAW FIRM APC
2333 STATE STREET STE 205
CARLSBAD, CA 92008

SWEETWATER AUTHORITY
505 GARRETT AVENUE
CHULA VISTA, CA 91910


SWIFT INK LLC
47526 CLIPPER ST #700363
PLYMOUTH, MI 48170


SWIFT MEDICAL
1 RICHMOND STREET WEST - SUITE 500
TORONTO, ON M5H 3W4


SWIFT MEDICAL
1 RICHMOND STREET WEST - SUITE 500
TORONTO, ON


SYSCO FOOD SERVICES
PO BOX 138007
SACRAMENTO, CA 95813-8007


SYSTEMS SPECIALIST INC
8614 ARGENT STREET STE G
SANTEE, CA 92071


THE PAUL REVERE LIFE INSURANCE COMPANY
1 FOUNTAIN SQUARE
CHATTANOOGA, TN


TWIN MED INC
P.O. BOX 847340
LOS ANGELES, CA 90084-7340

TWOMAGNETS
PO BOX 103125
PASADENA, CA 91189-3125


US FOODS
PO BOX 842475
LOS ANGELES, CA 90084-2475


Wilson Getty
12555 High Bluff Dr #270
San Diego, CA 92130


WILSON GETTY LLP
12555 HIGH BLUFF DR STE 270
SAN DIEGO, CA 92130